**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 26, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-01142-CV

---

## ALTOM TRANSPORT, INC., Appellant

## V.

## MANUEL LOPEZ AND NINA LOPEZ INDIVIDUALLY AND MANUEL LOPEZ AS ADMINISTRATOR OF THE ESTATE OF CHRISTINA MARIE LOPEZ, DECEASED, Appellees

---

**On Appeal from Probate Court
Galveston County, Texas
Trial Court Cause No. 73804-A**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 28, 2013. On June 17, 2014, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.